AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

RODNEY SCOTT KNUTSON,

        Plaintiff,

        v.

DR. COOPER, LT. CATHY DANIEL, and BENTON COUNTY CORRECTIONS CENTER MEDICAL DEPARTMENT,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-5060-WFN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: this action is DISMISSED without prejudice for failure to prosecute.

September 1, 2011  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Sheila Parpolia  
*(By) Deputy Clerk*  
Sheila Parpolia